**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

YINJIE SUN,
Petitioner,
v.
JAMES JANECKA, et al.,
Respondents.

Case No. 5:26-cv-06992-SK

**ORDER GRANTING PETITION**

A File No. 087-840-274

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 is granted. IT IS THUS ORDERED that **Yinjie Sun (A# 087-840-274)** be released from ICE detention forthwith under a bond no less than $1,500 or on a written order of release on recognizance (OREC) with petitioner's signed acknowledgment. Judgment will be entered in petitioner's favor accordingly.

IT IS SO ORDERED.

DATED: November 24, 2026

STEVE KIM
United States Magistrate Judge