**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINJIE SUN,<br>Petitioner,<br>v.<br>JAMES JANECKA, et al.,<br>Respondents. | Case No. 5:26-cv-06992-SK<br><br>**JUDGMENT**<br><br>A File No. 087-840-274 |

Pursuant to the Court's Order Granting Petition, IT IS ADJUDGED that **Yinjie Sun (A# 087-840-274)** is to be released from ICE detention forthwith under a bond no less than $1,500 or on a written order of release on recognizance (OREC) with petitioner's signed acknowledgment.

DATED: November 24, 2026

STEVE KIM
United States Magistrate Judge